492 P.2d 1199

**STATE of Arizona, Appellee,**

v.

**Howard Gaines HOOPER, Appellant.**

**No. 2178.**

Supreme Court of Arizona.
Dec. 7, 1971.

Rehearing Denied Jan. 4, 1972.

Ordered: Findings of Fact and Conclusions of Law approved. Judgment of Conviction Affirmed.